

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-43,847-09

### EX PARTE MILTON LEE GARDNER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13-074-A IN THE 77TH DISTRICT COURT
### FROM LIMESTONE COUNTY

*Per curiam*.

## O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. On July 22, 2020, this Court denied the application. On May 5, 2022, Applicant filed a new 11.07 application with the district clerk. This Court received that application as a supplemental record. The application is a new filing and should have been docketed as a new writ under Texas Code of Criminal Procedure art. 11.07.

The District Clerk is ordered to file the application as a new matter and process it according to the mandates of the Texas Code of Criminal Procedure. The Clerk shall inform this Court of its compliance to this order. The district clerk shall comply with this order within thirty days from the

date of this order.

Filed: July 14, 2022
Do not publish